IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 15375 MEMORIAL CORPORATION, *et al.*, | ) ) ) | Case Nos. 06-10859 (KG) And 06-10860 (KG) |
| | ) | |
| Debtors. | ) ) | Jointly Administered |
| | ) ) ) | **Related to Docket Nos. 329, 330, 336 and 337** |
| | ) | |
| SANTA FE MINERALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BEPCO, L.P., formerly known as BASS ENTERPRISES PRODUCTION COMPANY, | ) ) ) ) | Adversary No. 06-50822 (KG) |
| Defendant. | ) ) ) | |
| GLOBALSANTAFE CORPORATION, GLOBALSANTAFE CORPORATE SERVICES, INC., and ENTITIES HOLDINGS, INC., | ) ) ) ) ) ) | **Related to Docket Nos. 197, 198 and 206 and 207** |
| Intervenors. | ) | |

**STATEMENT OF DEBTORS AND DEBTORS-IN-POSSESSION
15375 MEMORIAL CORPORATION AND SANTA FE MINERALS, INC.
OF ISSUES ON CROSS-APPEAL AND COUNTER-DESIGNATION
<u>OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

Debtors and Debtors-in-Possession, 15375 Memorial Corporation ("Memorial") and Santa Fe Minerals, Inc. ("Santa Fe")(collectively, "Debtors"), by and through their undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby submit their statement of issues on cross-appeal and counter-designation of items to be included in the record on appeal with respect to the Notices of Appeal filed by BEPCO, L.P. f/k/a Bass

1

Enterprises Production Company ("Bass")(D.I. 329, 330 and Adv. D.I. 197 and 198) and the Notice of Cross Appeal filed by Debtors (D.I. No. 337 and Adv. D.I. 207).

## I. STATEMENT OF ISSUES ON CROSS-APPEAL

Debtors state the following issues in connection with the appeals filed by Bass and the Debtors' cross-appeal:

(a) whether the Bankruptcy Court erred in granting the *Motion Of BEPCO, L.P. f/k/a Bass Enterprises Production Company Motion For Modification Of The Automatic Stay Under 11 U.S.C. §362* (D.I. 23);

(b) whether the Bankruptcy Court erred in authorizing Bass to proceed with litigation against Santa Fe and its insurers in Louisiana;

(c) whether the Bankruptcy Court erred by holding further briefing on the Debtors' *Motion for Summary Judgment With Respect To Proofs Of Claim Filed By BEPCO, L.P., f/k/a Bass Enterprises Production Company* (D.I. 243) in abeyance to allow Bass' litigation to proceed in Louisiana.

(d) Whether the Bankruptcy Court erred, on the record before it, in finding that Debtors had commenced the Bankruptcy Cases in good faith; that Santa Fe Minerals, Inc. was an eligible debtor under 11 U.S.C. § 109; and in determining that the Bankruptcy Cases should not be dismissed under 11 U.S.C. §1112(b).

## II. COUNTER DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL[1]

In addition to the items identified by Bass in its *Statement of Issues And Designation Of Items Included Record On Appeal By Appellant BEPCO, L.P., f/k/a Bass*

---

[1] Neither the filing of this pleading nor anything contained herein shall constitute a waiver of Debtors' right to object to the inclusion in the record on appeal of any improper items designated by Bass pursuant to Bass' designation of items to be included in the record.

*Enterprises Production Company Regarding Bankr. D.I. 291 and 292 And Adv. D.I. 164 & 165* (Bankr. D.I. 340, Adv. D.I. 210) and its *Statement Of Issues And Designation Statement of Issues Included Record On Appeal By Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company Regarding Bankr. D.I. 323 & 324 And Adv. D.I. 193 & 194* (Bankr. D.I. 341 and Adv. D. I. 211), which are incorporated herein by reference, the Debtors hereby identify the following items to be included in the record on appeal and cross-appeal.

| Trial Exhibit No. | D.I. No. | Adv. D.I. No. | Description |
|---|---|---|---|
| 7 | | | Affidavit of John J. Griffin, Jr. |
| 8 | | | Affidavit of Richard J. Denney, Jr. |
| 9 | | | BEPCO, L.P.'s Responses To First Set of Interrogatories And First Request For Production To BEPCO, L.P. Propounded By GlobalSantaFe Corporation |
| 10 | | | BEPCO, L.P.'s Responses To Plaintiff's Combined First Set Of Interrogatories, Request For Production Of Documents And Request For Admissions Directed To BEPCO, L.P. f/k/a Bass Enterprises Production Company |
| 11 | | | BEPCO, L.P.'s Supplemental And Amended Responses To Plaintiff's Combined First Set Of Interrogatories, Request For Production Of Documents And Request For Admissions Directed To BEPCO, L.P. f/k/a Bass Enterprises Production Company |
| 12 | | | BEPCO, L.P.'s Supplemental And Amended Responses To First Set Of Interrogatories And First Request For Production To BEPCO, L.P. Propounded By GlobalSantaFe Corporation |

3

| Trial Exhibit No. | D.I. No. | Adv. D.I. No. | Description |
|---|---|---|---|
| 13 | | | BEPCO, L.P.'s Second Supplemental And Amended Responses To Certain Of Plaintiff's Combined First Set Of Interrogatories, Request For Productions Of Documents And Request For Admissions Directed To BEPCO, L.P. f/k/a Bass Enterprises Production Company |
| 14 | | | BEPCO, L.P.'s Second Supplemental And Amended Responses To Certain Of The First Set Of Interrogatories And First Request For Production To BEPCO, L.P. Propounded By GlobalSantaFe Corporation |
| 15 | | | BEPCO, L.P.'s Third Supplemental And Amended Responses To Certain Of Plaintiff's Combined First Set Of Interrogatories, Requests For Production Of Documents And Request For Admissions Directed To BEPCO, L.P. f/k/a Bass Enterprises Company |
| 16 | | | BEPCO, L.P.'s Third Supplemental And Amended Responses To Certain Of The First Set Of Interrogatories And First Request For Production To BEPCO, L.P. Propounded By GlobalSantaFe Corporation |
| 17 | | | Monthly Operating Reports filed by Debtors |
| 26 | | | August 23, 2006 Order of the Louisiana State Court |
| 28 | | | Notice of Removal – Tebow |
| 29 | | | Motion to Transfer –Tebow |
| 30 | | | September 20, 2006 Judgment of the Louisiana Federal Court in the Louisiana Action |
| 33 | | | June 5, 2007 Letter From Argonaut Insurance to Cyndi Featherston |
| 34 | | | Michael Pisani & Associates, Inc. June 30, 2006 letter and supplemental report dated August 1, 2006. |

4

| Trial Exhibit No. | D.I. No. | Adv. D.I. No. | Description |
|---|---|---|---|
| 35 | | | Compromise and Settlement Agreement |
| 37 | | | Excerpts of Tebow Trial transcript, February 23, 2007 |
| 38 | | | Arville Touchet Report dated July 31, 2006 |
| 39 | | | Bass' Motion in Limine filed in the Tebow action dated November 22, 2006 |
| 40 | | | Notice of Release and Assignment |
| 44 | | | August 2, 2006, letter from Twin City Fire Insurance Company to Featherston |
| 47 | | | May 31, 2007, letter from Featherston to St. Paul Travelers |
| 55 | | | March 29, 2007, letter from Faure to Highlands Insurance Company with attached proof of claim |
| 56 | | | March 30, 2007, letter from Faure to Highlands Insurance Company with attached proof of claim |
| 57 | | | March 30, 2007, letter from Faure to Highlands Insurance Company with attached proof of claim |
| 65 | | | January 17, 2007, e-mail from Steve Bertenshaw to Phyllis Davis |
| 66 | | | January 22, 2007, e-mail from Phyllis Davis to Featherston |
| 67 | | | January 8, 2007, letters from Featherston to Chubb Group, AON Risk Services, The Hartford, and AIG Domestic Claims, Inc., with attachments (documentation and history of relationship between Santa Fe and Andover Oil Company) |
| 70 | | | May 31, 2007, letter from Featherston to Argonaut Insurance Group |
| 71 | | | May 31, 2007, letter from Featherston to Metropolitan Atlanta Rapid Transit Authority |
| 72 | | | May 31, 2007, letter from Featherston to Harbor Insurance Company |

SL1 817045v1/101674.00002

| Trial Exhibit No. | D.I. No. | Adv. D.I. No. | Description |
|---|---|---|---|
| 73 | | | June 5, 2007 Letter From Argonaut Insurance too Cyndi Featherston |
| 75 | | | November 27, 2006 Documents from Comptroller of Public Accounts re Claim No. 07113993 |
| 76 | | | November 27, 2006 Documents from Comptroller of Public Accounts re Claim No. 07114135 |
| 77 | | | March 15, 2007, check from Lyntegar Electric Co-op Closing |
| 78 | | | November 19, 2003 Letter from Douglas R. Painter to Steven Arbaugh regarding Request for information Letter |
| 79 | | | August 25, 2006 Letter from Bill Pope to David Faure re: Escheated Funds |
| 80 | | | Documentation Regarding Escheated Funds |
| 81 | | | October, 2006 Letter from Continental v. Conoco Phillips Administrator to David Faure enclosing $59,385.69 check for settlement proceeds |
| 82 | | | Check from State of California to Santa Fe, Inc. and related documents |
| 83 | | | Santa Fe's 2000 Tax Return |
| 84 | | | Memorial's 2000 Tax Return |
| 86 | | | Assignment from Bass to Chenola |
| 87 | | | Conveyance from Chenola to Andover |
| 88 | | | June 27, 2007 Letter and June 28, 2007 Letter from John D. Demmy, Esquire to Bruce A. Craig, Esquire regarding *Boudreaux v. McDermott, Inc. et al.* |
| 89 | | | Plaintiffs' Original Complaint – *Boudreaux v. McDermott* |

6

| Trial Exhibit No. | D.I. No. | Adv. D.I. No. | Description |
|---|---|---|---|
| 90 | | | Newfield Exploration Mid-Continent Inc.- Order Of The Commission re The Corporation Commission Of The State Of Oklahoma, Cause CD 200703155T |
| 91 | | | Petition For Letter Rogatory – Dore Energy Corporation v. Carter-Langham, Inc. et al |
| 92 | | | Complaint in Harris |
| 93 | | | Complaint in Ellison |
| 94 | | | Documents related to Santa Fe/Pomeroy Merger |
| 95 | | | July 16, 2007, letter from Featherston to Greenwich Insurance Company |
| 96 | | | July 13, 2007, letter from Featherston to Travelers Insurance |
| 97 | | | August 7, 2007, letter from CNA to Featherston |
| 98 | | | August 6, 2007, letter from Argonaut Insurance to Featherston |
| 99 | | | August 16, 2007, letter from Chubb Group of Insurance Companies to Featherston |
| 100 | | | Petition for Damages, Jason Tripkovich v. Affiliated Holdings, et al. |
| 102 | | | February 26, 2007 Escrow Agreement |
| 103 | | | Order Approving Establishment of Tebow v. Bradex Qualified Settlement Fund |
| 104 | | | Joint Petition To Approve Establishment of the Tebow v. Bradex Qualified Settlement Fund |
| 105 | | | Soil Report – B. Arville Touchet, July 31, 2006 |
| 106 | | | August 20, 2007 Facsimile from Louisiana Department of Natural Resources to Arville Touchett |

SL1 817045v1/101674.00002

| Trial Exhibit No. | D.I. No. | Adv. D.I. No. | Description |
|---|---|---|---|
| 107 | | | September 2, 2007 letter from M. Hampton Carver, Esquire to Phillip Eisenberg, Esquire re: McCreight deposition |
| 108 | | | September 4, 2007 letter from Phil Eisenberg, Esquire to M. Hampton Carver, Esquire re McCreight deposition |
| 109 | | | September 7, 2007 letter from Phillip Eisenberg, Esquire to M. Hampton Carver, Esquire re McCreight deposition |
| | | 12 | Opening Brief In Support Of Motion To Intervene filed by the GlobalSantafe Entities |
| | | 22 | Reply of GlobalSantaFe Entities To Memorandum Of Law Of Bass In Opposition to Motion to Intervene |
| | 52 | | Debtors' Brief In Opposition to Motion to Dismiss |
| | 223 | 114 | Bass' Motion For Protective Order |
| | 228 | 118 | GlobalSantaFe's Response to Bass' Motion for Protective Order |
| | 229 | 119 | GlobalSantaFe's Response to Bass' Statement on *In Limine* Matters |
| | 231 | 121 | Debtors' Joinder to GlobalSanta Fe's Motion for Protective Order |
| | 239, 246 | 129 | Transcript from September 12, 2007 hearing |
| | 263 | | September 2007 Operating Report |
| | 281 | | October 2007 Operating Report |
| | 287 | | November 2007 Operating Report |
| | 289 | | December 2007 Operating Report |
| | 302 | | January 2008 Operating Report |

8

SL1 817045v1/101674.00002

| Trial Exhibit No. | D.I. No. | Adv. D.I. No. | Description |
|---|---|---|---|
| | 320 | | February 2008 Operating Report |
| | 335 | | March 2008 Operating Report |
| | 336 | | Cross Appeal filed by GlobalSantaFe Corporation et al. |
| | 337 | | Cross Appeal filed by Debtors |
| | - | | Transcript of March 25, 2008 hearing |
| | - | | Transcript of April 18, 2008 hearing |

Dated: May 19, 2008                                STEVENS & LEE, P.C.

    */s/ John D. Demmy*
John D. Demmy (Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

                  -and-

John C. Kilgannon
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 751-1943
Telecopier: (610) 371-7954
Email: jck@stevenslee.com

*Attorneys for Debtors*

## **CERTIFICATE OF SERVICE**

John D. Demmy hereby certifies that on May 19, 2008, true and correct copies of the foregoing *STATEMENT OF DEBTORS AND DEBTORS-IN-POSSESSION 15375 MEMORIAL CORPORATION AND SANTA FE MINERALS, INC. OF ISSUES ON CROSS-APPEAL AND COUNTER-DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL* were served on the parties listed below in the manner indicated.

*Via Hand Delivery*
David Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Via Hand Delivery*
Gregory W. Werkheiser, Esq.
Kelly Dawson, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Via Hand Delivery*
Frank A. Monaco, Jr., Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

*Via Federal Express*
Philip Eisenberg, Esq.
Locke Lord Bissell & Liddell
3400 JPMorgan Chase Tower
600 Travis
Houston, TX 77002

*Via Federal Express*
Hampton Carver, Esq.
Leann Opotowsky Moses, Esq.
Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux LLC
Energy Centre
1100 Poydras Street, Suite 2700
New Orleans, LA 70163

*Via Federal Express*
Natalie D. Ramsey, Esq.
Montgomery, McCracken, Walker &
Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

*Via Hand Delivery*
Noel C. Burnham, Esq.
Montgomery, McCracken, Walker &
    Rhoads, LLP
1105 Market Street, 15th Floor
Wilmington, DE 19801-1223

/s/ *John D. Demmy*
John D. Demmy